IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION (GREENBELT)

| | |
|---|---|
| FINAL ANALYSIS COMMUNICATION SERVICES, INC.,<br><br>*Plaintiff and Counter-Defendant,*<br><br>v.<br><br>GENERAL DYNAMICS CORP., *et al.,*<br><br>*Defendants and Counter-Claimant.* | Civil Case No. PJM 03-307 |

**MOTION FOR PARTIAL SUMMARY JUDGMENT ON
COUNT I (BREACH OF CONTRACT)
<u>OF THE FIRST AMENDED COMPLAINT</u>**

Plaintiff Final Analysis Communications Services, Inc. ("FACS"), by its attorneys and pursuant to Fed. R. Civ. P. 56, hereby moves for partial summary judgment on Count I of its First Amended Complaint (Breach of Contract claim). The undisputed facts clearly show that Defendants General Dynamics Corp. ("GD") and General Dynamics Information Systems, Inc. ("GDIS") breached the First Amendment to the Stock Purchase Agreement and the First Amendment to the Strategic Equity Partnership Agreement. As a result, there are no genuine issues of material fact and FACS is entitled under Rule 56 to judgment as a matter of law on this claim.

In support of this Motion, Plaintiff relies on the annexed Memorandum of Law, the Statement of Material Facts Not in Genuine Dispute filed contemporaneously herewith, the exhibits thereto, and the entire record herein.

Respectfully submitted,

By: _____/s/_____
Ira T. Kasdan  (Bar No. 26942)
Glenn B. Manishin (pro hac vice)
Carl F. Lettow (pro hac vice)
Stephen M. Arner (Bar No. 15482)
KELLEY DRYE & WARREN LLP
8000 Towers Crescent Drive, Suite 1200
Vienna, Virginia 22182
Phone: (703) 918-2300
Fax: (703) 918-2450

*Attorneys for Plaintiff*
*Final Analysis Communication Services, Inc.*

Dated: July 27, 2004